IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STAR JOSEPH,

    Plaintiff,

vs.                                                         No. 21-cv-0878 KG-SCY

CHIEF JUDGE WILLIAM P. JOHNSON, *et al*,

    Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Memorandum Opinion and Order filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Star Joseph's Civil Complaint (Doc. 1) is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE